# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIKE PEREZ,** : | **CIVIL ACTION NO. 1:04-CV-1944** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **UNITED STATES OF AMERICA,** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 15th day of June, 2005, upon consideration of plaintiff's "motion for transcripts" (Doc. 79), in which plaintiff requests a "full copy of the transcript" of the hearing on the motion for injunctive relief, held on April 27, 2005, and it appearing that plaintiff has neither sought nor been granted leave to proceed *in forma pauperis*, see 28 U.S.C. § 1915(c), and that a copy of the transcript may be purchased from the court reporter, see 28 U.S.C. § 753(b), (c), it is hereby ORDERED that the motion (Doc. 79) is DENIED without prejudice to plaintiff's right to purchase a copy of transcript from the court reporter.  The Clerk of Court is directed to forward a copy of the motion (Doc. 79) and this order to the court reporter assigned to the hearing on April 27, 2005.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge