
# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIKE PEREZ,** | **CIVIL ACTION NO. 1:04-CV-1944** |
| **Plaintiff** | (Judge Conner) |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| **Defendant** | |

## ORDER

AND NOW, this 28th day of September 2005, upon consideration of plaintiff's "additional facts" (Doc. 99) in support of his motion for enlargement of time (Doc. 97) to respond to defendants' motion for summary judgment (Doc. 22), in which plaintiff indicates that his family has retained John J. Griffin, Esq., 239 South Camac Street, Philadelphia, Pennsylvania, 19107, to assist in the prosecution of this litigation, and that he is awaiting a visit from counsel, and it appearing that because plaintiff has forwarded his legal materials to Mr. Griffin, he is unable to respond to defendants' summary judgment motion, and it further appearing that in order to ensure the orderly progression of the litigation, it is necessary to deny the summary judgment motion until such time as the status of counsel can be ascertained, it is hereby ORDERED that:

1. The Clerk of Court is directed to forward a copy of this order to prospective counsel, John J. Griffin, Esq., 239 South Camac Street, Philadelphia, Pennsylvania, 19107.

2. Attorney Griffin is directed to notify the court on or before October 17, 2005, of his status with regard to this litigation.

3. Defendants' motion for summary judgment (Doc. 22) is hereby DENIED without prejudice to reinstate the motion at any time after October 17, 2005.

4. In the event that counsel does not enter an appearance on or before October 17, 2005, the motion for summary judgment will be automatically reinstated and plaintiff will be required to file a responsive brief, together with any opposing affidavits, deposition transcripts or other documents, on or before October 31, 2005.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge