**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MIKE PEREZ,** | : | **CIVIL ACTION NO. 1:04-CV-1944** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 2nd day of November 2005, upon consideration of the reinstatement of defendants' motion for summary judgment (Doc. 22), and it appearing that plaintiff has failed to comply with this court's order (Doc. 100) directing that he file a responsive brief, together with any opposing affidavits, deposition transcripts or other documents, on or before October 31, 2005, see L.R. 7.6 ("Any party opposing any motion shall file a responsive brief. . . . [or] shall be deemed not to oppose such motion"), it is hereby ORDERED that plaintiff shall, on or before November 16, 2005, file a response showing cause why the above-captioned action should not be dismissed for failure to prosecute. See FED. R. CIV. P. 41(b).

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge