**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MIKE PEREZ,** | : | **CIVIL ACTION NO. 1:04-CV-1944** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 17th day of March, 2006, upon consideration of the plaintiff's motion showing cause as to why this matter should not be dismissed for failure to prosecute (Doc. 103), and the court being satisfied that dismissal is inappropriate and that the matter should proceed, it is hereby ORDERED that plaintiff's motion (Doc. 103) is GRANTED inasmuch as the show cause order (Doc. 101) is hereby DISCHARGED.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge