**ORIGINAL**

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

MIKE PEREZ,
        Plaintiff

v.    CASE NUMBER: 1:04-CV-1944

UNITED STATES OF AMERICA,
        Defendant

(Judge Conner)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT SUMMARY JUDGMENT BE AND IS HEREBY ENTERED in favor of the defendant, UNITED STATES OF AMERICA, and against plaintiff, MIKE PEREZ, in accordance with the court's memorandum and order dated September 7, 2006.

FILED
HARRISBURG
SEP 0 7 2006
MARY E. D'ANDREA, CLERK
Per_____
      Deputy Clerk

Date: September 7, 2006

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk