**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MIKE PEREZ,** | : | **CIVIL ACTION NO. 1:04-CV-1944** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 15th day of February, 2008, upon consideration of plaintiff's motion to compel (Doc. 146) the warden at his present place of incarceration to produce all payments withdrawn out of his inmate account payable to the Middle District of Pennsylvania to verify payment of his "PLRA payments," and that the court has undertaken review of the filing fees received in this matter thus far and has determined that the original district court filing fee of $150.00 was paid in full on September 30, 2004 (Doc. 8), that the filing fee of $255.00 for an interlocutory appeal United States Court of Appeals for the Third Circuit was paid in full on June 13, 2005 (Doc. 80), and that presently, plaintiff is making payments on his current filing fee of $455.00 for his appeal that is pending in the United States Court of Appeals for the Third Circuit, (Doc. 148)(receipt for $43.34); (Doc. 149) (receipt for $58.67), and that a balance of $352.99 is due an owing on that fee, it is hereby ORDERED that plaintiff's motion (Doc. 146) is DENIED.

                                                  S/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge