# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIKE PEREZ**, | : | CIVIL ACTION NO. 1:04-CV-1944 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **UNITED STATES OF AMERICA**, | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 31st day of March, 2008, upon consideration of plaintiff's motion for reconsideration (Doc. 151) in which plaintiff contends that there is a discrepancy between the court's calculations of his PLRA filing fees (Doc. 150), and those of the prison administrators that are handling submission of the fees, and it further appearing that this matter is more appropriately handled by the Financial Division of the Office of the Clerk of Court of the United States District Court for the Middle District of Pennsylvania, it is hereby ORDERED that:

1. The motion for reconsideration (Doc. 151) is GRANTED inasmuch as the matter is REFERRED to the Financial Division of the Office of the Clerk of Court of the United States District Court for the Middle District of Pennsylvania.

2. Within twenty days of the date of this order, the Financial Division shall REVIEW the information provided by plaintiff (Docs. 151 and 152) and shall ACCOUNT to plaintiff regarding the status of his PLRA payments to date.

3. The Financial Division shall also PROVIDE that accounting to the prison administration at plaintiff's present place of incarceration and notify the administration of any filing fees that plaintiff remains obligated to pay.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge