**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MIKE PEREZ**, | : | **CIVIL ACTION NO. 1:04-CV-1944** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **UNITED STATES OF AMERICA**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 22nd day of August, 2008, upon consideration of plaintiff's motion seeking resolution (Doc. 162), in which plaintiff contends that the Financial Division of the Clerk of Court has failed to comply with this court's order (Doc. 154) directing that an accounting of the filing fees in this matter be provided to the prison administration at plaintiff's present place of incarceration, and it appearing that a letter (Doc. 155) detailing the balance of the filing fees was in fact forwarded by the Finance Administrator to the inmate accounts department at plaintiff's present place of incarceration, the Federal Correctional Institution at Fort Dix, it is hereby ORDERED that:

1. The motion (Doc. 162) is DENIED.

2. The Clerk of Court is directed to FORWARD to plaintiff a copy of the Financial Administrator's letter. (Doc. 155.)

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge