# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIKE PEREZ**, | : | CIVIL ACTION NO. 1:04-CV-1944 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **UNITED STATES OF AMERICA**, | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 14th day of September, 2010, upon consideration of plaintiff's motion to compel (Doc. 211) the United States Marshal's Service to return him to the Federal Correctional Institution at Fort Dix ("FCI-Fort Dix"), New Jersey, and his motion to dismiss his motion to compel (Doc. 213) as moot because he has been returned to FCI-Fort Dix, it is hereby ORDERED that:

1. Plaintiff's motion to dismiss (Doc. 213) his motion to compel (Doc. 211) as moot is GRANTED.

2. The Clerk of Court is directed to TERMINATE both motions.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge